131 A.3d 942

Marvin WILSON

v.

Sylvia WILSON.

No. 61, Sept. Term, 2015.

Court of Appeals of Maryland.

Feb. 9, 2016.

Reconsideration Denied March 24, 2016.

Kristina Badalian (Heather Sweren, Brodsky, Renehan, Pearlstein & Bouquet, Chartered, Gaithersburg, MD), on brief, for Petitioner.

Brooke Schumm, III (Wendy Widmann, Daneker, McIntire, Schumm, Prince, Manning & Widmann, P.C., Baltimore, MD), on brief, for Respondent.

ARGUED BEFORE: BARBERA, C.J., BATTAGLIA, GREENE, ADKINS, McDONALD, WATTS and ALAN M. WILNER (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of February, 2016,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.